# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60734

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2016

Lyle W. Cayce
Clerk

In The Matter Of:  BOBBIE J. MARTIN

Debtor

-----------------------------------------------------------

COUNTRY CREDIT, L.L.C.,

Appellant

v.

BOBBIE J. MARTIN,

Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC 3:14-CV-709

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

Country Credit, L.L.C. appeals the district court's order affirming the
bankruptcy court's decision that debt arising from a payday loan made to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 15-60734

Bobbie J. Martin was dischargeable.  On appeal, we have reviewed the record, studied the briefs, and heard oral argument by both parties.  We have concluded, in the light of our precedents, that the bankruptcy court did not err when it determined that Bobbie J. Martin's debt, acquired through a payday loan from Country Credit, L.L.C., is dischargeable.  Accordingly, the order of the district court is affirmed.

AFFIRMED.